RECEIVED

MAR 06 2009

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MOTION:
Granted ✓
Denied _____
Overruled _____
Date _____
CHM 3/10/09

NORDYNE INC.  )
      Plaintiff,  )
      )
Vs.  )  No. 4:09-CV-00055-TCM
      )
FLICK DISTRIBUTING, LLC, and  )
THOMAS FLICK  )
      )
      Defendants.  )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Christopher K. Ralston, move to be admitted *pro hac vice* to the bar of this Court for the purpose of representing Flick Distributing, LLC and Thomas Flick in this matter. In support of this motion, I submit the following information as required by Rule 12.01 (E):

    (a)    Christopher K. Ralston;

    (b)    One Canal Place
               365 Canal Street, Suite 2000
               New Orleans, LA, 70130;

    (c)    Phelps Dunbar, LLP;

    (d)    Tulane University School of Law, J.D., 1999;

    (e)    Admitted to Louisiana Courts and Federal Courts - 2000

    (f)    The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar;

Rec# 46440 6146

- 1 -